UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON PERRY, aka JASON ADRIAN PERRY, aka JASON GOMPERZ PERRY, ) <br> ) <br> Petitioner, ) <br> ) <br> vs. ) <br> ) <br> FELKER, ) <br> ) <br> Respondent. ) | Case No. CV 08-6410-RSWL(RC) <br><br> JUDGMENT |

Pursuant to the Order of the Court adopting the findings, conclusions, and recommendations of United States Magistrate Judge Rosalyn M. Chapman,

IT IS ADJUDGED that the petition for writ of habeas corpus is denied and the action is dismissed with prejudice.

DATE: September 2, 2009          *RONALD S.W. LEW*
                                 HONORABLE RONALD S.W. LEW
                                 SENIOR U.S. DISTRICT COURT JUDGE

R&R\08-6410.jud
8/5/09